IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) CASE NO. 1:23-cv-00283<br>) |
| Plaintiff, | )<br>) JUDGE DAVID A. RUIZ |
| v. | ) |
| UNITED LABOR AGENCY | ) |
| Defendant. | ) |

**NOTICE OF RESOLUTION AND**
**JOINT REQUEST FOR ENTRY OF CONSENT DECREE**

Plaintiff, the U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant, United Labor Agency ("ULA" and, together with EEOC, the "Parties"), have agreed to terms for voluntary resolution of EEOC's claims through their negotiated Consent Decree. The Parties' terms for resolution are embodied in the Consent Decree and its exhibits, an executed version of which is attached hereto as Exhibit A. The Parties jointly move the Court to adopt and enter the Consent Decree for the reasons stated therein. EEOC's Complaint in this matter may be dismissed upon entry of the Consent Decree pursuant to its terms.

| | |
|---|---|
| **FOR PLAINTIFF**<br>**U.S. EQUAL EMPLOYMENT**<br>**OPPORTUNITY COMMISSION** | **FOR DEFENDANT**<br>**UNITED LABOR AGENCY** |
| /s/ R. Sam Wallace<br>R. Sam Wallace<br>Trial Attorney<br>U.S. Equal Employment Opportunity Commission | /s/ Richard C. Haber<br>Richard C. Haber<br>Haber Legal Group<br>HABER LLP |

| | |
|---|---|
| Philadelphia District Office<br>801 Market Street, Suite 1000<br>Philadelphia, PA 19107<br>Phone: (267) 589-9762<br>Fax:     (215)440-2848<br>sam.wallace@eeoc.gov | 30195 Chagrin Boulevard, Suite 323<br>Pepper Pike, Ohio 44022<br>Office: (216) 250-4782<br>Fax: (216) 250-4783<br>rhaber@haberllp.com |